## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAM L. CARTER, derivatively on behalf of GULFPORT ENERGY CORP., | ) ) ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| DAVID M. WOOD, KERI CROWELL, QUENTIN R. HICKS, DAVID L. HOUSTON, BEN T. MORRIS, C. DOUG JOHNSON, DEBORAH G. ADAMS, and PAUL D. WESTERMAN, | ) ) ) ) ) ) C.A. No. 1:20-cv-00839-MN |
| Defendants, | ) ) |
| - and - | ) |
| GULFPORT ENERGY CORP., | ) ) |
| Nominal Defendant. | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**WHEREAS**, no Defendant in the above-captioned action has served an answer or moved for summary judgment.  No compensation has been rendered to Plaintiff in return for this dismissal.  Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action.

**NOTICE IS HEREBY GIVEN** that, pursuant to Rule 41(a)(1)(A)(i), Plaintiff Sam L. Carter hereby voluntarily dismisses the claims in the above-captioned action, without prejudice, as to all Defendants.

Dated: October 6, 2020                    Respectfully submitted,

                                                 **O'KELLY & ERNST, LLC**

                                                 */s/ Ryan M. Ernst*
                                                 Ryan M. Ernst (Bar No. 4788)
                                                 824 N. Market Street, Ste. 1001A
                                                 Wilmington, DE 19801
                                                 Tel: (302) 778-4000
                                                 Fax: (302) 295-2873
                                                 Email: rernst@oelegal.com

                                                 *Counsel for Plaintiff*

OF COUNSEL:

**POMERANTZ LLP**
Gustavo F. Bruckner
Daryoush Behbood
600 Third Avenue
New York, NY 10016
(212) 661-1100
Email: gfbruckner@pomlaw.com
       dbehbood@pomlaw.com

– 2 –

Kip B. Shuman
**SHUMAN, GLENN & STECKER**
100 Pine Street, Ste. 1250
San Francisco, CA 94111
Tel. (303) 861-3003
Email: kip@shumanlawfirm.com

Rusty E. Glenn
**SHUMAN, GLENN & STECKER**
600 17th Street, Suite 2800 South
Denver, CO 80202
Tel. (303) 861-3003
Email: rusty@shumanlawfirm.com

Brett D. Stecker
**SHUMAN, GLENN & STECKER**
326 W. Lancaster Avenue
Ardmore, PA 19003
Tel. (303) 861-3003
Email: brett@shumanlawfirm.com